UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DAVID CARR,

    Petitioner

v.                             Civil Action No. 2:02-1418

THOMAS MCBRIDE, Warden,
Mount Olive Correctional Complex,
WEST VIRGINIA PAROLE BOARD,
DOUGLAS STUMP, Chairman of the Board,
GOVERNOR BOB WISE, Chief Executive Officer,

    Respondents

## JUDGMENT ORDER

In accordance with the order this day entered in the above-styled civil action, it is ORDERED and ADJUDGED that:

1.  Petitioner's action for habeas corpus relief, filed pursuant to the provisions of 28 U.S.C. § 2244 and styled "writ of habeas corpus (appeal)," be, and it hereby is, dismissed.

2.  This civil action be, and it hereby is, stricken from the docket of the court.

The Clerk is directed to forward copies of this order to the pro se petitioner and the United States Magistrate Judge.

                                           DATED: April 29, 2005

                                           John T. Copenhaver, Jr.
                                           United States District Judge